**Appeal Dismissed and Memorandum Opinion filed November 22, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00518-CV

---

### TRACEY UBANII, Appellant

### V.

### NEXPOINT HICKORY LEASE CO, LLC DBA HICKORY CREEK RANCH, Appellee

---

**On Appeal from the County Court at Law No. 2
Denton County, Texas
Trial Court Cause No. CV-2022-01359-JP**

---

### MEMORANDUM OPINION

This appeal is from a final judgment signed June 6, 2022. The clerk's record was filed July 25, 2022. On September 15, 2022, the court reporter indicated that appellant has not paid for the reporter's record, submitted an order for a free reporter's record, or submitted a request for preparation and/or a written designation for the record. No brief was filed.

On October 6, 2022, this court issued an order stating that unless appellant

filed a brief on or before November 7, 2022, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.